## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

**ROBERT D. KLINE,**

    **Plaintiff,**

vs.

CIVIL ACTION
NO. 1:20-CV-00677-SES

**THE ALIERA COMPANIES, INC. &**
**SHELLEY STEELE,**

    **Defendants.**

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Whereas Defendants The Aliera Companies Inc. and Shelley Steele ("Defendants") and Plaintiff Robert D. Kline ("Plaintiff") have agreed to resolve Plaintiff's complaint in the matter docketed as 1:20-CV-00677-SES in the United States District Court for the Middle District of Pennsylvania;

Whereas, under Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; and

Whereas Defendants have served neither an answer nor a motion for summary judgment;

THEREFORE Plaintiff hereby notices the voluntary dismissal of his complaint, with prejudice.

/s/ Robert D. Kline (w/consent)
Robert D. Kline
2256 Fairview Road
McClure, PA 17841
rob@eawireless.net
*Plaintiff Pro Se*

cc:

Anthony L. Gallia, PA 86029
Duane Morris, LLP
United Plaza
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1127
Fax: 215-979-1020
Email: algallia@duanemorris.com

*Counsel for Defendants*

June 18, 2020

## **CERTIFICATE OF SERVICE**

I certify that today I served the foregoing Notice of Voluntary Dismissal With Prejudice as follows:

<u>By email:</u>

Mr. Robert D. Kline
2256 Fairview Road
McClure, PA 17841
rob@eawireless.net

*Plaintiff Pro Se*

Date: June 18, 2020

<u>/s/ Anthony L. Gallia</u>